Department. October 12, 1909.) Action by Margaret P. Boyd against Alexander Boyd. PER CURIAM. Order modified, by reducing the counsel fee from $2,246 to $1,346, and, as modified, affirmed, without costs. HIRSCHBERG, P. J., votes for affirmance.

BOYER, Respondent, v. BOYER, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Catherine L. Boyer against Frank W. Boyer. No opinion. Order affirmed on argument, with $10 costs and disbursements. See, also, 129 App. Div. 647, 114 N. Y. Supp. 15; 129 App. Div. 917, 114 N. Y. Supp. 1120.

BRADY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Mary Brady, as administratrix, etc., of Patrick Brady, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Reargument ordered, and case set down for Tuesday, November 16, 1909. See, also, 127 App. Div. 347, 111 N. Y. Supp. 507.

In re BRANDON. (Supreme Court, Appellate Division, Second Department. October 5, 1909.) In the matter of the application of Emanuel Brandon to review the action on September 21, 1909, of the inspectors of Democratic primary elections for election districts Nos. 1 and 2, Second assembly district, county of Queens. No opinion. Order affirmed, without costs.

BRAUN, Appellant, v. BUFFALO GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Charles Braun, as administrator, etc., against the Buffalo General Electric Company. No opinion. Motion for leave to appeal to Court of Appeals denied, without costs. See, also, 117 N. Y. Supp. 1130.

BRECK v. UNITED STATES TITLE GUARANTY CO. (Supreme Court, Appellate Division, First Department. February, 1909.) Action by Charles J. Breck against the United States Title Guaranty Company. No opinion. See memorandum per curiam.

BREDEL, Respondent, v. KNASZAK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Peter M. Bredel against John Knaszak and others. No opinion. Judgment affirmed, with costs.

In re BRENNER. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) In the application of Jacob Brenner for license to practice as official examiner

of title. No opinion. Application granted, and bond approved.

BRINLEY, Appellant, v. STEINBRUGGE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Sylvester L. Brinley against Edward Steinbrugge and another. No opinion. Order modified, by providing that all the issues are referred to the referee named, and, as so modified, affirmed, without costs.

BRODY, Respondent, v. SONIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Samuel Brody against Morris Sonin and another. No opinion. Motion to dismiss appeal granted, with costs; there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal.

BRODY, Respondent, v. SONIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Samuel Brody against Morris Sonin and another. No opinion. Motion for reargument granted, without costs, on condition that the appellants stipulate to submit the case within 10 days, if the respondent so elect; otherwise, motion denied, with $10 costs.

BROMLEY et al., Respondents, v. BROMLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Charles V. Bromley and another against Daniel D. Bromley and others. No opinion. Order affirmed, with $10 costs and disbursements.

BROWER, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by John P. Brower against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BROWN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by James Brown, as administrator, etc., against the Long Island Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. BURR, J., dissents.

BROWN, Appellant, v. RETSOF MINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Edward W. Brown, as surviving partner, etc., against the Retsof Mining Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 127 App. Div. 368, 111 N. Y. Supp. 594; 114 N. Y. Supp. 1120.

BROWN et al., Respondents, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme